Certificate Number: 13858-PAW-DE-041264043

Bankruptcy Case Number: 26-21698



13858-PAW-DE-041264043

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 29, 2026, at 6:04 o'clock PM EDT, Kenneth L. Wunderlin completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   July 29, 2026           By:    /s/Nicholas Tribuzzi

Name:  Nicholas Tribuzzi

Title:   Counselor